**B6A (Official Form 6A) (12/07)**

**In re:** **Martha A. Tirinnanzi** , **Case No.** _____
**Debtor** (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **2718 P Street, NW Washington, DC 20007** | **Fee Owner** | | **$2,150,000.00** | **$1,810,000.00** |
| | | Total ➢ | **$2,150,000.00** | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re **Martha A. Tirinnanzi**                                ,    Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | | **100.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chevy Chase Bank Checking Account ********5551 Georgetown Branch** | | **200.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Merrill Lynch Checking Account **********2319 Washington, DC 20019** | | **0.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Utility Security Deposit Pepco** | | **100.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **2 Chairs** | | **150.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **2 Lamps** | | **20.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **3 Armoires** | | **275.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **3 Chairs** | | **75.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **3 Pieces of Carpet** | | **145.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **32" Television** | | **100.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **chest of drawers** | | **100.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **DVD/VCR** | | **25.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Grandfather Clock** | | **300.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Mirror** | | **50.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Queen Bed** | | **50.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Queen Bed** | | **150.00** |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re **Martha A. Tirinnanzi** ,                                   Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **shelving Unit** | | **50.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Sofa** | | **100.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Table w/ 2 benches** | | **200.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Various Kitchen Appliance** | | **50.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **100 CD's** | | **100.00** |
| Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **25 DVD's** | | **75.00** |
| Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **50 Books** | | **100.00** |
| 6. Wearing apparel. | | **10 Shirts** | | **10.00** |
| 7. Furs and jewelry. | | **2 Rings** | | **200.00** |
| Furs and jewelry. | | **Pearl Necklace** | | **200.00** |
| Furs and jewelry. | | **Various Earrings** | | **250.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Northwestern Mutual**<br>**720 East Wisconsin Avenue**<br>**Milwaukee, Wisconsin 53202** | | **0.00** |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Thrift Savings Plan** | | **690.43** |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **West Coast Life**<br>**Term Life Insurance**<br>**P.O. Box 193892**<br>**San Francisco, CA 94119** | | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Martha A. Tirinnanzi**                                            ,          Case No. _____
                                    **Debtor**                                                                         **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 BMW 328i**<br>**9000 miles** | | **50,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  **Martha A. Tirinnanzi** ,                                      Case No. _____
                                    **Debtor**                                                     **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31. Animals. | | **Golden Retriever** | | **100.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

___3___ continuation sheets attached      Total ➤    **$ 53,965.43**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re  **Martha A. Tirinnanzi**                                    , Case No. _____
                          Debtor                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds $136,875
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| 10 Shirts | 11 USC § 522(d)(5) | 10.00 | 10.00 |
| 100 CD's | 11 USC §522(d)(6) | 100.00 | 100.00 |
| 2 Chairs | 11 USC § 522(d)(3) | 150.00 | 150.00 |
| 2 Lamps | 11 USC § 522(d)(3) | 20.00 | 20.00 |
| 2 Rings | 11 USC § 522(d)(4) | 200.00 | 200.00 |
| 25 DVD's | 11 USC §522(d)(6) | 75.00 | 75.00 |
| 2718 P Street, NW Washington, DC 20007 | DCCE 15-501(14) | 340,000.00 | 2,150,000.00 |
| 3 Armoires | 11 USC § 522(d)(3) | 275.00 | 275.00 |
| 3 Chairs | 11 USC § 522(d)(3) | 75.00 | 75.00 |
| 3 Pieces of Carpet | 11 USC § 522(d)(3) | 145.00 | 145.00 |
| 32" Television | 11 USC § 522(d)(3) | 100.00 | 100.00 |
| 50 Books | 11 USC §522(d)(6) | 100.00 | 100.00 |
| Cash | 11 USC § 522(d)(5) | 100.00 | 100.00 |
| chest of drawers | 11 USC § 522(d)(3) | 100.00 | 100.00 |
| Chevy Chase Bank Checking Account ********5551 Georgetown Branch | 11 USC § 522(d)(5) | 200.00 | 200.00 |
| DVD/VCR | 11 USC § 522(d)(3) | 25.00 | 25.00 |
| Golden Retriever | 11 USC § 522(d)(5) | 100.00 | 100.00 |
| Grandfather Clock | 11 USC § 522(d)(3) | 300.00 | 300.00 |
| Mirror | 11 USC § 522(d)(3) | 50.00 | 50.00 |
| Pearl Necklace | 11 USC § 522(d)(4) | 200.00 | 200.00 |
| Queen Bed | 11 USC § 522(d)(3) | 50.00 | 50.00 |
| Queen Bed | 11 USC § 522(d)(3) | 150.00 | 150.00 |

**B6C (Official Form 6C) (12/07) - Cont.**

In re  **Martha A. Tirinnanzi**                                    ,        **Case No.** _____
                        Debtor                                                                  (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| shelving Unit | 11 USC § 522(d)(3) | 50.00 | 50.00 |
| Sofa | 11 USC § 522(d)(3) | 100.00 | 100.00 |
| Table w/ 2 benches | 11 USC § 522(d)(3) | 200.00 | 200.00 |
| Thrift Savings Plan | 11 USC § 522(d)(12) | 690.43 | 690.43 |
| Utility Security Deposit Pepco | 11 USC § 522(d)(5) | 100.00 | 100.00 |
| Various Earrings | 11 USC § 522(d)(4) | 250.00 | 250.00 |
| Various Kitchen Appliance | 11 USC § 522(d)(3) | 50.00 | 50.00 |
| West Coast Life Term Life Insurance P.O. Box 193892 San Francisco, CA 94119 | 11 USC § 522(d)(8) | 0.00 | 0.00 |

B6D (Official Form 6D) (12/07)

In re **Martha A. Tirinnanzi** ,                      Case No. _____
                        **Debtor**                                       **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. *********1001<br>**BB&T Bank**<br>**BB&T Loan Services**<br>**P.O. Box 2306**<br>**Wilson, NC 27894** | | | **03/01/2008**<br>**Lien**<br>**2008 BMW 328i**<br><br>**VALUE $50,000.00** | | | | 52,344.27 | 0.00 |
| ACCOUNT NO. *******3199<br>**Chevy Chase Bank**<br>**6157 Chevy Chase Drive**<br>**Laurel, MD 20707** | | | **First Lien on Residence**<br>**2718 P Street, NW**<br>**Washington, DC 20007**<br><br>**VALUE $2,150,000.00** | | | | 1,612,273.55 | 0.00 |
| ACCOUNT NO. ********9005<br>**National City Bank**<br>**P.O. Box 856177**<br>**Louisville KY 40285-6177** | | | **Second Lien on Residence**<br>**2718 P Street, NW**<br>**Washington, DC 20007**<br><br>**VALUE $2,150,000.00** | | | | 200,550.00 | 0.00 |

__0__  continuation sheets attached

Subtotal ▷
(Total of this page)                          $ 1,865,167.82  $ 0.00

Total ▷
(Use only on last page)                       $ 1,865,167.82  $ 0.00

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re   **Martha A. Tirinnanzi**                                    Case No. _____
                              Debtor                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  continuation sheets attached

B6E (Official Form 6E) (12/07) – Cont.

In re **Martha A. Tirinnanzi**, Case No. _____
Debtor (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  ******5332<br>**Internal Revenue Service<br>4800 Buford Highway<br>Chamblee, GA 39901** | | | **2007 Taxes Owed** | | | | 19,011.00 | 19,011.00 | $0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶ (Totals of this page)   $ **19,011.00**   $ **19,011.00**   $ **0.00**

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ **19,011.00**

Total ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ **19,011.00**   $ **0.00**

B6F (Official Form 6F) (12/07)

In re **Martha A. Tirinnanzi**,
Debtor

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ******2008<br>**American Express**<br>P.O Box 1270<br>Newark NJ 07101 | | | Credit Card | | | | 18,950.11 |
| ACCOUNT NO. *******3004<br>**American Express- Delta Sky**<br>P.O Box 1270<br>Newark NJ 07101 | | | Credit Card | | | | 2,556.45 |
| ACCOUNT NO. *******4105<br>**Bank of America**<br>P.O. Box 15726<br>Wilmington, DE 19886 | | | Credit Card | | | | 48,845.99 |
| ACCOUNT NO. ******5031<br>**Bloomingdales**<br>P.O. Box 183083<br>Columbus, OH 43218 | | | Credit Card | | | | 3,040.34 |
| ACCOUNT NO. ****0456<br>**Capital One Bank**<br>P.O. Box 71083<br>Charlotte, NC 28272 | | | Credit Card | | | | 10,614.20 |

2  Continuation sheets attached

Subtotal ▸ $ **84,007.09**

Total ▸ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Martha A. Tirinnanzi**                               Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ******7409<br>**Chase**<br>P.O. Box 15153<br>Wilmington, DE 19886-5548 | | | Credit Card | | | | 15,231.20 |
| ACCOUNT NO. *******4870<br>**Chase**<br>P.O. 15153<br>Wilmington, DE 19886 | | | Credit Card | | | | 14,708.17 |
| ACCOUNT NO. ******1352<br>**Chevy Chase Bank**<br>6157 Chevy Chase Drive<br>Laurel, MD 20707 | | | Line of Credit | | | | 5,000.00 |
| ACCOUNT NO. ***/*****7759<br>**Citi Cards**<br>P.O. Box 183064<br>Columbus, OH 43218 | | | Credit Card | | | | 7,544.42 |
| ACCOUNT NO. ******0527<br>**Discover**<br>P.O. Box 71084<br>Charlotte, NC 28272 | | | Credit Card | | | | 8,515.13 |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ **50,998.92**

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Martha A. Tirinnanzi**  , Case No. _____
              **Debtor**                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. *******<br>**John Perazich**<br>1835 Irving Street, NW<br>Washington, DC 20010 | | | **Legal Fees** | | | | 1,000.00 |
| ACCOUNT NO. ********1795<br>**Liotta, Dranitzke & Engel, LLP**<br>1666 connecticut Avenue, NW<br>Suite 250<br>Washington, DC 20009 | | | **Legal Fees** | | | | 10,792.00 |
| ACCOUNT NO. *******6182<br>**Nordstrom**<br>P.O. Box 79137<br>Phoenix, AZ 85062 | | | **Credit Card** | | | | 4,370.21 |
| ACCOUNT NO. ********<br>**Saint Anselms Abbey School**<br>4501 South Dakota Avenue, NE<br>Washington, DC 20017 | | | **Tuition** | | | | 21,000.00 |
| ACCOUNT NO. ********5920<br>**Verizon Wireless**<br>c/o First Revenue Assurance<br>P.O. Box 5818<br>Denver, CO 80217 | | | **Telephone service** | | | | 1,396.14 |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **38,558.35**

Total ➤ $ **173,564.36**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6G (Official Form 6G) (12/07)**

In re:  **Martha A. Tirinnanzi**                              ,          Case No. _____
                              **Debtor**                                                                  **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**B6H (Official Form 6H) (12/07)**

In re: **Martha A. Tirinnanzi**                              , Case No. _____
                       **Debtor**                                              **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re **Martha A. Tirinnanzi**　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Single** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Examiner** | |
| Name of Employer | **Federal Housing Finance Agency** | |
| How long employed | **3 months** | |
| Address of Employer | **1700 G. Street, NW**<br>**Washington, DC 20552** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 13,800.00 | $ |
| 2. Estimate monthly overtime | $ 0.00 | $ |
| 3. SUBTOTAL | $ 13,800.00 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 850.00 | $ |
|    b. Insurance | $ 134.00 | $ |
|    c. Union dues | $ 0.00 | $ |
|    d. Other (Specify) **federal** | $ 920.00 | $ |
|        **medicaid** | $ 200.00 | $ |
|        **Retirement** | $ 720.00 | $ |
|        **state** | $ 694.00 | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 3,518.00 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 10,282.00 | $ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ |
| 8. Income from real property | $ 0.00 | $ |
| 9. Interest and dividends | $ 0.00 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ |
| 11. Social security or other government assistance (Specify) _____ | $ 0.00 | $ |
| 12. Pension or retirement income | $ 0.00 | $ |
| 13. Other monthly income (Specify) _____ | $ 0.00 | $ |

B6I (Official Form 6I) (12/07) - Cont.

In re **Martha A. Tirinnanzi**          Case No. _____
                                      **Debtor**                                         **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

14. SUBTOTAL OF LINES 7 THROUGH 13      $ _____0.00_____   $ _____

15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14)     $ _____10,282.00_____   $ _____

16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15)      $ 10,282.00

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE**

**B6J (Official Form 6J) (12/07)**

In re **Martha A. Tirinnanzi**                                      ,     Case No. _____
                            **Debtor**                                                **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 7,500.00 |
|     a. Are real estate taxes included?   Yes ✓   No ____ | | |
|     b. Is property insurance included?   Yes ✓   No ____ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 400.00 |
|     b. Water and sewer | $ | 180.00 |
|     c. Telephone | $ | 300.00 |
|     d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 150.00 |
| 8. Transportation (not including car payments) | $ | 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 25.00 |
| 10. Charitable contributions | $ | 25.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | $ | 0.00 |
|     b. Life | $ | 40.00 |
|     c. Health | $ | 0.00 |
|     d. Auto | $ | 200.00 |
|     e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | 1,000.00 |
|     b. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **grooming** | $ | 75.00 |
|     **sons tuition** | $ | 1,750.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 12,495.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|     a. Average monthly income from Line 15 of Schedule I | $ | 10,282.00 |
|     b. Average monthly expenses from Line 18 above | $ | 12,495.00 |
|     c. Monthly net income (a. minus b.) | $ | -2,213.00 |